MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS  (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: meredith.edwards@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAMIRO ARTEAGA-CORREA,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. CR 12-00123 EJD<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 6, 2012 TO SEPTEMBER 10, 2012 |
|---|---|---|

## STIPULATION

The defendant, RAMIRO ARTEAGA-CORREA, represented by Assistant Federal Public Defender Manuel U. Araujo, and the government, represented by Special Assistant United States Attorney Meredith Edwards, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, August 6, 2012, at 1:30 p.m., shall be continued to Monday, September 10, 2012, at 1:30 p.m.  Defense counsel requires additional time to research and investigate issues relating to a possible defense.  Therefore, the parties request that time be

1  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
2  preparation by defense counsel.
3
4  Dated: July 27, 2012                              /s/
                                            MEREDITH J. EDWARDS
5                                           Special Assistant United States Attorney
6
7  Dated: July 27, 2012                              /s/
                                            MANUEL U. ARAUJO
8                                           Assistant Federal Public Defender
9
10
11
12
13
14
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION
Case No. CR 12-00123 EJD                    -2-

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that |
| 3 | the time between August 6, 2012 and September 10, 2012 is excluded under the Speedy Trial |
| 4 | Act, 18 U.S.C. § 3161.  The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), |
| 5 | that the failure to grant the requested continuance would unreasonably deny defense counsel |
| 6 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 7 | diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested |
| 8 | continuance outweigh the best interest of the public and the defendant in a speedy trial.  The |
| 9 | Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ |
| 10 | 3161(h)(7)(A) and (B)(iv). |
| 13 | IT IS SO ORDERED. |
| 15 | DATED:  July 30, 2012 |
| 16 | THE HONORABLE EDWARD J. DAVILA<br>United States District Judge |