1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant ARTEAGA-CORREA
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )   No. CR 12-00123 EJD
                                     )
13              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                     )   ORDER RE: BRIEFING SCHEDULE
14  vs.                              )
                                     )
15  RAMIRO ARTEAGA-CORREA,           )
                                     )
16              Defendant.           )
    _____)
17

18
                            **STIPULATION**
19
        Defendant Ramiro Arteaga-Correa, by and through Assistant Federal Public Defender
20
    Diana A. Garrido, and the United States, by and through Special Assistant United States
21
    Attorney Meredith Edwards, hereby stipulate that, with the Court's approval, the briefing
22
    schedule for the defendant's motion to dismiss the indictment, which is set to be heard on
23
    Monday, December 3, 2012, shall be as follows:
24
        Defendant's motion shall be filed no later than Wednesday, November 21, 2012;
25
        Government's response shall be filed no later than Wednesday, November 28, 2012;
26

Stipulation and [Proposed] Order
No. CR 12-00123 EJD                     1

Defendant's reply, if any, shall be filed no later than Friday, November 30, 2012.

Time has previously been excluded through and including December 17, 2012.

IT IS SO STIPULATED.

Dated: November 19, 2012

_____/s/_____
DIANA A. GARRIDO
Assistant Federal Public Defender

Dated: November 19, 2012

_____/s/_____
MEREDITH EDWARDS
Special Assistant United States Attorney

[~~Proposed~~] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule for the defendant's motion to dismiss the indictment shall be as follows:

Defendant's motion shall be filed no later than Wednesday, November 21, 2012;

Government's response shall be filed no later than Wednesday, November 28, 2012;

Defendant's reply, if any, shall be filed no later than Friday, November 30, 2012.

IT IS SO ORDERED.

Dated:  11/20/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge