1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MEREDITH J. EDWARDS (CABN 279301)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax:  (408) 535-5066
       E-Mail: meredith.edwards@usdoj.gov
8
   Attorneys for United States of America
9

**Filed**

DEC 0 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 11-00123 EJD
                                     )
14         Plaintiff,                )
                                     )   NOTICE OF DISMISSAL
15      v.                           )
                                     )
16  RAMIRO ARTEAGA-CORREA,           )
                                     )
17         Defendant.                )
                                     )
18  _____)

19
         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20
    United States Attorney for the Northern District of California dismisses the above indictment
21
    without prejudice.
22

23  DATED:  12/3/12                      Respectfully submitted,
24
                                         MELINDA HAAG
25                                       United States Attorney

26                                       /s/ for Miranda Kane
                                         MIRANDA KANE
27                                       Chief, Criminal Division
28

NOTICE OF DISMISSAL (CR 11-00123 EJD)

Leave is granted to the government to dismiss the indictment.

Date: 12/3/12

EDWARD J. DAVILA
United States District Judge